## ARTHUR FIELD *v.* JAMES M. KEARNS

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 265 (AC 14689), is denied.

*Michael W. Lyons*, in support of the petition.

*Julie A. Harris*, in opposition.

Decided November 7, 1996

## GERTRUDE O. KEEGAN *v.* AETNA LIFE AND CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 803 (AC 14754), is denied.

BERDON and KATZ, Js., dissenting. We would grant the plaintiff's petition for certification to appeal.

*Robert F. Carter*, in support of the petition.

*Richard S. Bartlett*, in opposition.

Decided November 7, 1996

## JEFFREY A. WALKER *v.* STATE OF CONNECTICUT

The petitioner Jeffrey A. Walker's petition for certification for appeal from the Appellate Court, 41 Conn. App. 914 (AC 15256), is denied.

*Jeffrey A. Walker*, pro se, in support of the petition.

*Susann E. Gill*, assistant state's attorney, in opposition.

Decided November 20, 1996